IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

    John Sanford III                                *            CASE NO. 21-31267
                                                 *
                                                 *            CHAPTER 13

## CUMULATIVE STATEMENT OF AMENDMENTS

**COMES NOW** the debtor, by and through his attorney of record in the above-captioned case, and pursuant to Bankruptcy Rule 3015, and Local Rule 3015-1(c) amend his Chapter 13 Plan:

1. In paragraph 9, W.S. Badcock Corp has been added in the amount of $901.78 with a direct payment amount of $75.00.

Respectfully submitted this 6th day of August, 2021.

                                                         BOND, BOTES, SHINN & DONALDSON, P.C.

                                                         /s/ Gail Donaldson
                                                         Attorney for Debtor
                                                         P.O. Box 4479
                                                         Montgomery, Alabama 36103
                                                         Phone (334) 264-3363
                                                         Fax (334) 513-7219
                                                         gdonaldson@bondnbotes.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing statement as well as the attached amended plan on the parties listed below by mailing a copy of the same to them on this 6th day of August, 2021.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee
John Sanford III, 2739 Fairmont Drive, Montgomery, AL 36111
W.S. Badcock, Corporation, PO Box 724, Mulberry, FL 33860

                                                         /s/ Gail Donaldson
                                                         Attorney for Debtor